FISH, Appellant, vs. BUHLER, Respondent.

For the appellant: *George F. Lange* of Madison.

For the respondent: *F. D. Shuttleworth* and *Fred L. Holmes,* attorneys, and *William Ryan* of counsel, all of Madison.

*By the Court.*—Judgment affirmed.

ANSAY, Respondent, vs. SHEFFORD CHEESE COMPANY, Appellant.

For the appellant: *Martin, Clifford & Warne* of Green Bay.

For the respondent: *Lynn D. Jaseph* of Green Bay, and *William F. Schanen* of Port Washington.

*By the Court.*—Judgment affirmed.